**2**

Brian S. Haddix (SBN: 230332)
Haddix Law Firm
1600 G Street, Suite 102
Modesto, CA 95354-2555
Tel: (209) 338-1131
bhaddix@modestobankruptcylaw.com

Attorney for Charae Gilbert

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - MODESTO DIVSION

| | |
|---|---|
| In re<br><br>Charae Gilbert,<br><br>        Debtor(s), | Case No. 18-90190<br><br>DC No. BSH-1<br><br>Chapter 13<br><br>Hearing Date: September 4, 2018<br>Time: 10:00 a.m.<br>Courtroom: N/A; Dept. D<br>Judge: Hon. Robert Bardwill |

**MOTION TO CONFIRM CHAPTER 13 PLAN**

    Charae Gilbert, debtor(s) in the above-referenced matter, move(s) the court herein to confirm his/her/their Chapter 13 Plan pursuant to 11 U.S.C. §§ 1324, 1325, and 1322, filed and served concurrently herewith.  This motion is based on the Notice of Motion filed concurrently herewith.

    1.    Pursuant to 11 U.S.C. § 1325, the Court may confirm the plan because:

        a. The debtor(s) has/have paid any fees or charges required by the court.

        b. The debtor(s) has/have proposed the plan in good faith and not by any means forbidden by law.

        c. All secured creditors provided for will be paid and have either accepted the plan or we will surrender the property securing the claim(s).

      d. The debtor(s) will be able to make the payments under the plan and comply with the plan.

      e. The debtor(s) has/have no domestic support obligations that are under litigation and believe that when litigation is concluded I/we will not owe domestic support.

      f. The debtor(s) has/have filed all applicable tax returns.

  2. Pursuant to 11 U.S.C. § 1325(b), the debtors Plan provides that unsecured creditors will receive at least what they would receive in the event of Chapter 7 liquidation.

Based upon the evidence presented, debtor(s) respectfully request(s) that this motion be granted.

                      HADDIX LAW FIRM

Dated: July 23, 2018

                      _____
                      Brian S. Haddix, Attorney for Charae Gilbert